In the Matter of ALFRED AVINS, Appellant, v. SAMUEL B. GOULD, as Chancellor of the State University of New York, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.